**Eugene GRAY, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee,**

and

**Medical College of Virginia; Joel Silverman, Doctor, in his individual and official capacity, Defendants.**

**Eugene Gray, Plaintiff–Appellant,**

v.

**U.S. Defense Commissary Agency; William S. Cohen, Secretary, Department of Defense, Defendants–Appellees.**

Nos. 00–1806, 00–2216.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 31, 2001.

Decided Jan. 18, 2002.

Beverly D. Crawford, Richmond, Virginia, for Appellant. Kenneth E. Melson, United States Attorney, Joan E. Evans, Assistant United States Attorney, Richmond, Virginia, for Appellees.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Eugene Gray appeals from the district court's orders dismissing his employment discrimination and related civil claims. Our review of the record, the parties' briefs, and the opinions of the district court discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Gray v. Cohen,* No. CA–99–255–3; *Gray v. United States Defense Commissary Agency,* No. CA–99–838–3 (E.D. Va. Apr. 21, 2001 & July 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*